UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRZYSZTOF KOPERSKI and LISA D. KOPERSKI, a married couple, <br><br> Plaintiff, <br><br> v. <br><br> ABBOT LABORATORIES, INC., a corporation; ABBOT PRODUCTS, INC., a corporation; SOLVAY S.A., a company; SOLVAY AMERICA, INC., a corporation; and UNIMED PHARMACEUTICALS, LLC, a limited liability corporation, <br><br> Defendant. | NO. 2:2013-cv-00109 <br><br> NOTICE OF APPEARANCE <br><br> *Clerk's Action Required* |

TO:       All Parties;

AND TO:   Counsel of Record:

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear for defendant, Solvay S.A., without precluding the right to challenge lack of jurisdiction, insufficiency of process and insufficiency of service of process. All further pleadings and papers, except original process, shall hereafter be served upon said attorneys.

NOTICE OF APPEARANCE - 1
Case No. 2:2013-cv-00109

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

DATED this 1st day of February, 2013.

MERRICK, HOFSTEDT & LINDSEY, P.S.

*/s/ Thomas R. Merrick*

By _____
Thomas R. Merrick, WSBA #10945
Of Attorneys for Defendant Solvay S.A.

### CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

MERRICK, HOFSTEDT & LINDSEY, P.S.

By:/s/Marci L. Brandt
Marci L. Brandt
mbrandt@mhlseattle.com

NOTICE OF APPEARANCE - 2
Case No. 2:2013-cv-00109

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

NOTICE OF APPEARANCE