WAWD - ECF Registration Form for Pro Se Filers, revised 12/14/2012



# U.S. DISTRICT COURT
## Western District of Washington

### Pro Se Registration Form
### For the Electronic Case Filing System (ECF)

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 04 2013  JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Please complete a form for *each case* you have before the Court.

**Check One:**

○ Please register me to **receive service** of documents and notice of electronic filings to my e-mail* via the Court's electronic filing system (ECF). This option does *not* allow me to file documents electronically. I will continue to file documents in paper with the Court.

● Please register me to **file documents** electronically** and **receive service** of documents and notice of electronic filings to my e-mail* via the Court's electronic filing system (ECF).

My Name is: **LISA KOPERSKI**          My Case Number is: **2:13-cv-00109-JCC**

E-mail Address: **lisa_koperski_jeusk@yahoo.com**     Phone Number: **(206) 283-9922**

Address: **7521 40th Avenue NE, Seattle, WA 98115**

Signature: *Lisa Koperski*          Date signed: **February 4, 2013**

\* By registering for electronic service, you waive your right to receive service of documents by first class mail, according to Federal Rule Civil Procedure 5(b)(2)(E). You will be sent a Notice of Electronic Filing via e-mail. Upon receipt of this notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number. **The one "free look" will expire 15 days from the date the notice was sent.** After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records). It is recommended that you establish a PACER account, by visiting the PACER website. PACER is an automated system that allows an individual to view, print, and download documents for a nominal fee.

\*\*By registering for electronic filing, you must familiarize yourself with and follow rules and procedures of the Court, such as the Federal Rules, Local Rules, and the Electronic Filing Procedures.

**To E-mail This Form:** Save a copy of this form to your computer and then send it as an attachment to: cmecfreg@wawd.uscourts.gov. You will receive e-mail confirmation of your registration when it is processed. If registering for electronic filing, you will also receive a login and password. **(Allow 24 hours for processing time.)**

**To Mail This Form:** Print and mail to: Clerk, U.S. District Court, Western District of Washington, ATTN: ECF Registration, 700 Stewart Street, Suite 2310, Seattle, WA, 98101. You will receive e-mail confirmation of your registration when it is processed. If registering for electronic filing, you will also receive a login and password. **(Allow for mailing and 24 hour processing time.)**

**For Help in Saving this Form:** Download the free Adobe Reader here.

For assistance, please contact the **ECF Support Team** at **(206)370-8400**, then press Option 3 (Seattle area), **(866)323-9293**, then press Option 3 (Outside Seattle area) or e-mail us at: **cmecf@wawd.uscourts.gov**