The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRZYSZTOF KOPERSKI and LISA D. KOPERSKI, a married couple,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., a corporation; ABBOTT PRODUCTS, INC., a corporation; SOLVAY S.A., a company; SOLVAY AMERICA, INC., a corporation; and UNIMED PHARMACEUTICALS, LLC., a limited liability corporation,<br><br>    Defendants. | No. 2:13-cv-00109-JCC<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL** |

## STIPULATION

Plaintiffs Krzysztof and Lisa D. Koperski (together, "the Koperskis") and Defendants Solvay S.A. and Solvay America, Inc. (the "Defendants"), stipulate to dismissal with prejudice of the Koperskis' claims against Solvay North America, Inc. and Solvay S.A. that were brought or could have been brought in this action. The Koperskis, Solvay North America, Inc., and Solvay S.A. further stipulate that the Court should enter the following order of dismissal.

In the event that the Court declines to enter proposed order of dismissal, the parties to this Stipulation agree that entering into this Stipulation does not constitute submission by the

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 1
Case No. 2:13-cv-00109-JCC
73478058.3 0064430-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

1  Defendants to the jurisdiction of this Court and, except as expressly set forth herein, the parties
2  to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation
3  shall not impair or otherwise affect such rights and defenses, including to challenge the
4  jurisdiction of the Court in this Court or any other court.

*[The remainder of this page is intentionally left blank.]*

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 2
Case No. 2:13-cv-00109-JCC
73478058.3 0064430-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

1  DATED: March 21, 2013.

2

3  ___[signature]___                              /s/ Christopher N. Weiss
   Krzysztof Koperski                             Christopher N. Weiss, WSBA 14826
4  7521 40th Avenue NE                            Hunter O. Ferguson, WSBA 41485
   Seattle, WA  98115                             Stoel Rives LLP
5  Telephone: (206) 283-9922                      600 University Street, Suite 3600
   kris_koperski_junk@yahoo.com                   Seattle, WA 98101
6                                                 Telephone: (206) 624-0900
   Pro Se Plaintiff                               Facsimile: (206) 386-7500
7                                                 cnweiss@stoel.com
                                                  hoferguson@stoel.com
8  ___[signature]___
9  Lisa D. Koperski                               /s/   Craig Woods
   7521 40th Avenue NE                            Craig Woods, Admitted Pro Hac Vice
10 Seattle, WA  98115                             Mayer Brown LLP
   Telephone: (206) 283-9922                      71 South Wacker Drive
11 lisa_koperski_junk@yahoo.com                   Chicago, IL  60606
                                                  Telephone: (312) 701-8536
12 Pro Se Plaintiff                               cwoods@mayerbrown.com

13                                                Attorneys for Defendant Solvay North
                                                  America, Inc.
14

15                                                 /s/    Thomas R. Merrick
                                                  Thomas R. Merrick, WSBA 10945
16                                                Merrick, Hofstedt & Lindsey, P.S.
                                                  3101 Western Avenue, Suite 200
17                                                Seattle, WA  98121
                                                  Telephone: (206) 682-0610
18                                                tmerrick@mhlseattle.com

19

20                                                 /s/    Timothy Harkness
                                                  Timothy Harkness, Admitted Pro Hac Vice
21                                                Jessica Simonoff, Admitted Pro Hac Vice
                                                  Aryeh Kaufman, Admitted Pro Hac Vice
22                                                Freshfields Bruckhaus Deringer US LLP
                                                  601 Lexington Avenue, 31st Floor
23                                                New York, NY  10022
                                                  Telephone: (212) 277-4000
24                                                timothy.harkness@freshfields.com
                                                  jessica.simonoff@freshfields.com
25                                                aryeh.kaufman@freshfields.com

26                                                Attorneys for Solvay S.A.

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 3
Case No. 2:13-cv-00109-JCC
73478058.3 0064430-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRZYSZTOF KOPERSKI and LISA D. KOPERSKI, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., a corporation; ABBOTT PRODUCTS, INC., a corporation; SOLVAY S.A., a company; SOLVAY AMERICA, INC., a corporation; and UNIMED PHARMACEUTICALS, LLC., a limited liability corporation,<br><br>Defendants. | No. 2:13-cv-00109-JCC<br><br>**[PROPOSED] ORDER** |

This matter comes before the Court on the stipulation and proposed order of dismissal filed by Plaintiffs Krzysztof and Lisa D. Koperski (together, "the Koperskis") and Defendants Solvay North America, Inc. and Solvay S.A.  The Court hereby ORDERS that the Koperskis' claims against Solvay North America, Inc. and Solvay S.A. that were brought or could have been brought in this matter are dismissed with prejudice.

DATED this __ day of March 2013.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 4
Case No. 2:13-cv-00109-JCC
73478058.3 0064430-00001

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*

# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2013, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

- **Timothy P Harkness**
  timothy.harkness@freshfields.com
- **Aryeh Kaufman**
  aryeh.kaufman@freshfields.com
- **Bradley S Keller**
  bkeller@byrneskeller.com,docket@byrneskeller.com,kwolf@byrneskeller.com
- **Lisa D Koperski**
  lisa_koperski_junk@yahoo.com
- **Thomas R Merrick**
  tmerrick@mhlseattle.com,pchandler@mhlseattle.com,mbrandt@mhlseattle.com
- **Steven C Minson**
  sminson@byrneskeller.com,ccoleman@byrneskeller.com,docket@byrneskeller.com
- **Jessica Simonoff**
  jessica.simonoff@freshfields.com
- **Craig A. Woods**
  cwoods@mayerbrown.com

I further certify that on March 29, 2013 I caused a true and correct copy of the **Stipulation and Proposed Order of Dismissal** to be served on Pro Se Plaintiffs by email and by depositing the same in the U.S. Mail, postage prepaid, addressed as follows:

Krzysztof and Lisa Koperski
7521 40th Avenue NE
Seattle, WA  98115
kris_koperski_junk@yahoo.com

Dated: March 29, 2013.

/s/Christopher N. Weiss
Christopher N. Weiss, WSBA 14826
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Fax:  (206) 386-7500
cnweiss@stoel.com

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 5
Case No. 2:13-cv-00109-JCC
73478058.3 0064430-00001

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
*Telephone (206) 624-0900*