THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRZYSZTOF KOPERSKI, and LISA D KOPERSKI,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., et al.,<br><br>Defendants. | CASE NO. C13-0109-JCC<br><br>ORDER DISMISSING CLAIMS AGAINST SOME DEFENDANTS |

Pursuant to the stipulation and proposed order of dismissal filed by Plaintiffs and Defendants Solvay S.A. and Solvay America, Inc. (Dkt. No.) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs claims against Solvay S.A. and Solvay America, Inc. that were brought or could have been brought in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party.

DATED this 2nd day of April 2013.

_（signature）_

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CLAIMS AGAINST SOME
DEFENDANTS
PAGE - 1