The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KRZYSZTOF KOPERSKI and LISA D. KOPERSKI, a married couple,<br><br>                      Plaintiffs,<br><br>    v.<br><br>ABBOTT LABORATORIES, INC., a corporation; ABBOTT PRODUCTS, INC., a corporation; SOLVAY S.A., a company; SOLVAY AMERICA, INC., a corporation; and UNIMED PHARMACEUTICALS, LLC, a limited liability corporation,<br><br>                      Defendants. | NO. 2:13-cv-00109-JCC<br><br>STIPULATION FOR AND ORDER DISMISSING WITH PREJUDICE ALL REMAINING CLAIMS<br><br>NOTE ON MOTION CALENDAR:<br>APRIL 19, 2013 |

## I. **STIPULATION**

Plaintiffs and the remaining defendants hereby stipulate that the subjoined Order may be entered.

STIPULATION FOR AND ORDER DISMISSING WITH PREJUDICE ALL REMAINING CLAIMS (NO. 2:13-CV-00109-JCC) - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this 18Th day of April, 2013.

BYRNES KELLER CROMWELL LLP

By *Krzysztof Koperski* [signature]
Krzysztof Koperski
7521 40th Avenue NE
Seattle, WA 98115
Telephone: 206.283.9922
Kris_koperski_junk@yahoo.com
***Pro Se Plaintiff***

By /s/ Bradley S. Keller
Bradley S. Keller, WSBA #10665
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: (206) 622-2000
Fax: (206) 622-2522
Email: bkeller@byrneskeller.com
***Attorneys for Defendants Abbott Laboratories, Inc.; Abbott Products, Inc. n/k/a Abbvie Products, LLC; and Unimed Pharmaceuticals, LLC***

By [signature]
Lisa D. Koperski
7521 40th Avenue NE
Seattle, WA 98115
Telephone: 206.283.9922
Lisa_koperski_junk@yahoo.com
***Pro Se Plaintiff***

## II. ORDER

Based upon the foregoing Stipulation, the Court enters the following Order:

1. All claims asserted herein, or which could have been asserted herein, by plaintiffs and against the following defendants are dismissed with prejudice and without costs or fees to any party: (i) Abbott Laboratories, Inc.; (ii) Abbott Products, Inc. n/k/a Abbvie Products, LLC; and (iii) Unimed Pharmaceuticals, Inc.; and

2. Because there are no remaining claims, the Clerk is directed to close and terminate this matter.

DATED this ___ day of April, 2013.

_____
John C. Coughenour
United States District Judge

STIPULATION FOR AND ORDER DISMISSING WITH PREJUDICE ALL REMAINING CLAIMS (NO. 2:13-CV-00109-JCC) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 19th day of April, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lisa Koperski
7521 40th Avenue NE
Seattle, WA 98115
***Pro Se Plaintiff***

| | |
|---|---|
| Christopher N. Weiss<br>Hunter O. Ferguson<br>Stoel Rives, LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br><br>Craig A. Woods<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>***Attorneys for Def. Solvay America, Inc.*** | Thomas Merrick<br>Merrick, Hofstedt & Lindsey, P.S.<br>3101 Western Avenue, Suite 200<br>Seattle, WA 98121<br><br>Timothy Harkness<br>Jessica Simonoff<br>Aryeh Kaufman<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue, 31st Floor<br>New York, NY 10022<br>***Attorneys for Defendant Solvay S.A.*** |

and I hereby certify that I have emailed and mailed by United States Postal Service the document to the following non-CM/ECF participants:

<u>*VIA EMAIL & U.S. MAIL*</u>

Krzysztof Koperski
7521 40th Avenue NE
Seattle, WA 98115
<u>Kris_koperski_junk@yahoo.com</u>
***Pro Se Plaintiff***

/s/ Bradley S. Keller
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com

---

STIPULATION FOR AND ORDER DISMISSING WITH PREJUDICE ALL REMAINING CLAIMS (NO. 2:13-CV-00109-JCC) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000