THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KRZYSZTOF KOPERSKI and LISA D KOPERSKI,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, INC., et al.,<br><br>Defendants. | CASE NO. C13-0109-JCC<br><br>ORDER DISMISSING CASE |

Pursuant to the parties' stipulation and proposed order of dismissal (Dkt. No. 29) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' claims against all remaining Defendants are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED this 22nd day of April 2013.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE